UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHAPIRO,<br>Plaintiff,<br>v.<br>COUNTY OF SONOMA,<br>Defendant. | Case No. 26-cv-08825-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 12 |

On August 25, 2026, I issued an order denying plaintiff Stephen Shapiro's request for a temporary restraining order, as well as dismissing his complaint as inadequately pleaded under 28 U.S.C. § 1915(a). *See* Order on Temporary Restraining Order, Screening Complaint and Application to Proceed *In Forma Pauperis* [Dkt. No. 12]. While I remained "skeptical that Shapiro [could] state facts that overcome *Younger* abstention," I provided Shapiro with twenty (20) days to amend his complaint to address the issues identified in the Order. *Id.* at 9–10.

As of this date, Shapiro has yet to file an amended complaint. Accordingly, Shapiro is ORDERED TO SHOW CAUSE explaining why this case should not be dismissed for failure to prosecute. Shapiro shall file a response to this Order no later than **Friday, October 9, 2026.** Failure to respond will result in dismissal of this case with prejudice.

**IT IS SO ORDERED.**

Dated: September 25, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California