UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHAPIRO,<br>Plaintiff,<br>v.<br>COUNTY OF SONOMA,<br>Defendant. | Case No. 26-cv-08825-WHO<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 13 |

On September 25, 2026, I issued an Order to Show Cause to plaintiff Stephen Shapiro ("Shapiro"), requesting that he explain why this case should not be dismissed for failure to prosecute. *See* Dkt. No. 13. I noted in my order that failure to respond by October 9, 2026, "will result in dismissal of this case with prejudice." *Id.* at 1. As of October 30, 2026, Shapiro has not filed a response. Accordingly, this case is DISMISSED with prejudice. The Clerk is instructed to close this case.

**IT IS SO ORDERED.**

Dated: November 2, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California